UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE FLEISHER, ) ) Plaintiff, ) ) v. ) ) PORTFOLIO RECOVERY ) ASSOCIATES, LLC ) Defendant ) ) | Civil Action No. 1:11-CV-11738 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) the Plaintiff hereby voluntarily dismisses all claims in the above-entitled action with prejudice.

Respectfully submitted this 20th day of November, 2011.

Plaintiff, Marjorie Fleisher
By her attorney,

/s/ Christian A. Gonsalves
Christian A. Gonsalves, BBO#648326
Attorney at Law
Post Office Box 110
East Boston, MA 02128
Phone: 617-970-1301
Fax: 617-207-4349

## *CERTIFICATE OF SERVICE*

The undersigned certifies that on November 20, 2011 a true and accurate copy of the foregoing:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

was served upon the Defendant, Portfolio Recovery Associates, LLC, by first class mail, postage prepaid or by electronic notice.

/s/ Christian A. Gonsalves, Esq.
Christian A. Gonsalves, Esq.